# Court of Appeals
of the State of Georgia

ATLANTA,  April 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0342. LOGANVILLE PEDIATRICS AND ADOLESCENT CARE ASSOCIATES CORP. v. VMM, LLC.**

VMM, LLC sued Loganville Pediatrics and Adolescent Care Associates Corp. ("the Practice") to recover over $500,000 in back rent for premises owned by VMM and leased to the Practice. During the course of the litigation, VMM learned that the Practice was being sold, that the sale was scheduled to close on or before February 28, 2025, and that the proceeds of the sale likely would be insufficient to cover the Practice's existing debts. Thus, on February 24, 2025, VMM filed an amended complaint which, in addition to back rent, sought  interlocutory injunctive relief. Specifically, VMM requested an injunction barring distribution of the proceeds from the sale of the Practice to the employees or individual members thereof and requiring that such proceeds be distributed only as ordered by the court.  Following an emergency hearing, the trial court granted the requested injunctive relief. The Practice then filed this timely application for a discretionary appeal.

An order granting or denying a motion for an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Jones v. Peach Trader*, 302 Ga. 504, 511 (III) (807 SE2d 840) (2017). And under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. The Practice shall have ten days from the date of this order to file a notice of appeal in the trial court if it has

not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 04/25/2025

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*